JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO RAMIREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEOVIA LOGISTICS DISTRIBUTION, LP; NEOVIA LOGISTICS SERVICES, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02104-PA-SHK<br><br>**ORDER APPROVING STIPULATION TO INDIVIDUAL ARBITRATION AND DISMISSAL** |

**[PROPOSED] ORDER APPROVING STIPULATION TO INDIVIDUAL ARBITRATION AND DISMISSAL**

Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff is ordered to submit his individual claims to arbitration.
2. Plaintiff's class action claims are dismissed without prejudice.
3. All dates and deadlines in this case are vacated.
4. The case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 1, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE